October 12, 2016

**By Email**

Hon. Peter R. Marksteiner
Clerk of Court
United States Court of Appeals for the
Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

    Re:   <u>*Prism Technologies LLC v. Sprint Spectrum L.P.*, No. 16-1456</u>

Dear Mr. Marksteiner:

    We write in response to an issue raised at oral argument in this case regarding U.S. Patent No. 7,290,288 (the '288 patent). Although Prism initially asserted that Sprint infringed the '288 patent, Prism voluntarily dismissed its claim with respect to the '288 patent, as reflected in the district court's memorandum and order dated September 22, 2014 (Dkt. No. 247). *See* Appx.86. Accordingly, the district court's judgment disposed of all remaining claims in the case, and this Court has jurisdiction over the appeal from that final judgment.

Respectfully submitted,                    Respectfully submitted,

<u>/s/ Paul J. Andre</u>                           <u>/s/ Carter G. Phillips</u>
Paul J. Andre                                Carter G. Phillips
*Counsel for Cross-Appellant*          *Counsel for Appellant*



Hon. Peter R. Marksteiner
October 12, 2016
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system. Service copies were sent in accordance with the rules of the Court.

<u>/s/ Ryan C. Morris</u>
Ryan C. Morris