# United States Court of Appeals for the Federal Circuit

March 15, 2017

**ERRATA**

Appeal Nos. 2016-1456, 2016-1457

**PRISM TECHNOLOGIES LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**SPRINT SPECTRUM L.P., DBA SPRINT PCS,**
*Defendant-Appellant*

Decided: March 6, 2017

Please make the following change:

On page 13, line 16, add “not” before “comparable”