No. 16-1456, 16-1457

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

PRISM TECHNOLOGIES LLC,
*Plaintiff-Cross-Appellant,*

v.

SPRINT SPECTRUM L.P., DBA SPRINT PCS,
*Defendant-Appellant.*

Appeal from the United States District Court for the District of Nebraska
in Case No. 8:12-cv-00123-LES-TDT, Senior Judge Lyle E. Strom

PAUL J. ANDRE
LISA KOBIALKA
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 752-1700

ANDRÉ J. BAHOU
**Prism Technologies, LLC**
750 Old Hickory Blvd., Ste. 150
Brentwood, TN 37027
Telephone: (202) 802-9515

JONATHAN S. CAPLAN
MARK BAGHDASSARIAN
AARON FRANKEL
CRISTINA MARTINEZ
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

***ATTORNEYS FOR PRISM TECHNOLOGIES, LLC***

# PLAINTIFF-APPELLEE AND CROSS-APPELLANT PRISM TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO CORRECT THE COURT'S MARCH 6, 2017 OPINION TO REFLECT THE CORRECT COMPANY AFFILIATION OF PRISM'S GENERAL COUNSEL

Pursuant to the Rules 27 and 28.1(b) of the Federal Rules of Appellate Procedure and the Rules of this Court, Plaintiff-Appellee and Cross-Appellant Prism Technologies, LLC ("Prism") respectfully requests that this Court correct the cover page of its opinion issued on March 6, 2017 (Dkt. No. 79-2) to reflect the correct company affiliation of Prism's General Counsel, Mr. Andre J. Bahou, Esq., as Prism Technologies, LLC. Counsel for Defendant-Cross-Appellant Sprint Spectrum L.P. ("Sprint") indicated that Sprint does not oppose this motion. In support of this motion, Prism states as follows:

1) On January 27, 2016 and July 7, 2016, Mr. Bahou entered his appearance on behalf of Prism Technologies, LLC located in Brentwood, Tennessee. Dkt. Nos. 18 and 53.

2) On March 6, 2017, this Court issued its Opinion. Dkt. No. 79-2. The cover page of the Opinion, however, misidentifies Mr. Bahou's company affiliation as "Secure Axcess, LLC, Plano, TX." *Id.*

3) Prism requests that the Court correct Mr. Bahou's company affiliation consistent with his entry of appearance to "Prism Technologies, LLC, Brentwood, TN." Sprint does not oppose this correction.

## CONCLUSION

For these reasons, Prism respectfully requests that the Court grant this unopposed motion to correct the cover page of its opinion (Dkt. No. 79-2) to reflect the company affiliation of Prism's General Counsel, Mr. Andre J. Bahou, Esq., as Prism Technologies, LLC, Brentwood, TN.

Respectfully submitted,

Dated: March 31, 2017

By: */s/ Paul J. Andre*

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Aaron M. Frankel, Esq.
Cristina Martinez, Esq.
1177 Avenue of the Americas
New York, NY 10036
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
afrankel@kramrelevin.com
cmartinez@kramerlevin.com

**Kramer Levin Naftalis & Frankel LLP**
Paul J. Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
750 Old Hickory Blvd., Ste. 150
Brentwood, TN 37027
Telephone: (202) 802-9515
Fax: (402) 578-1447
aj.bahou@prsmip.com

*Attorneys for Prism Technologies, LLC*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Prism Technologies, LLC **v.** Sprint Spectrum L.P.

Case No. 16-1456, 16-1457

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Cross-Appellant, Prism Technologies, LLC

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Prism Technologies, LLC | Prism Technologies, LLC | Prism Technologies Group, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Attached.

March 31, 2017
Date

/s/ Paul J. Andre
Signature of counsel

Please Note: All questions must be answered

Paul J. Andre
Printed name of counsel

cc: Counsel of Record

Reset Fields

**Attachment to Form 9- Certificate of Interest**

**Prism Technologies, LLC v. Sprint Spectrum L.P.**

**Case No. 16-1456, -1457**

4) The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the in trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

**Attorneys that Appeared in the Trial Court and Who Are Expected to Appear in this Court**

**Jonathan S. Caplan, Mark A. Baghdassarian, Aaron M. Frankel, Cristina Martinez**
**Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036**

**Paul J. Andre, Lisa Kobialka**
**Kramer Levin Naftalis & Frankel LLP, 990 Marsh Road, Menlo Park, CA 94025**

**Andre J. Bahou**
**Prism Technologies, LLC, 750 Old Hickory Blvd., Suite 150, Brentwood, TN 37027**

**Attorneys that Appeared in the Trial Court and Who Are Not Expected to Appear in this Court**

**Marcus Colucci, Matthew Olinzock**
**Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036**

**Aakash Jariwala**
**Kramer Levin Naftalis & Frankel LLP, 990 Marsh Road, Menlo Park, CA 94025**

**Daniel J. Fischer, Koley Jessen, P.C., L.L.O., 1125 S. 103rd St., Suite 800, Omaha, NE 68124**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2017, a copy of the foregoing document:

**PLAINTIFF-APPELLEE AND CROSS-APPELLANT PRISM TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO CORRECT THE COURT'S MARCH 6, 2017 OPINION TO REFLECT THE CORRECT COMPANY AFFILIATION OF PRISM'S GENERAL COUNSEL**

was filed electronically with the Clerk of the Court using the Appellate CM/ECF System, which will send a Notice of Docket Activity via electronic mail to all counsel of record, including:

Michael J. Bettinger
Irene Yang
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415)772-7400
mbettinger@sidley.com
irene.yang@sidley.com

Carter G. Phillips
Ryan C. Morris
Jennifer J. Clark
**SIDLEY AUSTIN LLP**
1501 K Street. N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
cphillips@sidley.com
rmorris@sidley.com
jennifer.clark@sidley.com

Dated: March 31, 2017

By: *_/s/ Paul J. Andre_*
Paul J. Andre