NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRISM TECHNOLOGIES LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**SPRINT SPECTRUM L.P., DBA SPRINT PCS,**
*Defendant-Appellant*

---

2016-1456, 2016-1457

---

Appeals from the United States District Court for the District of Nebraska in No. 8:12-cv-00123-LES-TDT, Senior Judge Lyle E. Strom.

---

**ON MOTION**

---

Before TARANTO, LINN AND CHEN, Circuit Judges.

PER CURIAM.

**O R D E R**

Cross-appellant Prism Technolgies LLC moves to correct an error in the court's precedential opinion issued on March 6, 2017.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 3, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court