# United States Court of Appeals for the Federal Circuit

---

April 3, 2017

**ERRATUM**

---

Appeal Nos. 2016-1456, 2016-1457

**PRISM TECHNOLOGIES LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**SPRINT SPECTRUM L.P., DBA SPRINT PCS,**
*Defendant-Appellant*

*Decided: March 6, 2017*
Precedential Opinion

---

Please make the following change:

On page 1, change the address for Andre J. Bahou to "Prism Technologies, LLC, Brentwood, TN."